FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
___HOT SPRINGS___ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 8 2024
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

Timothy David Williams
(Enter above the full name of the Plaintiff in this action.)

Prisoner ID No. 656895
(Do Not Put Your Social Security Number)

v.

Warden White
Lt Jackson
Shawn Wehunt, / Sgt. I. Thomas And Mrs. Moreno
(Enter above the full name of the Defendant, or Defendants, in this action.)

CASE NO. 4:24-cv-00573-LPR-JTK

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____   No __X__

   B.  If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to previous lawsuit

           Plaintiffs: _____

           Defendants: _____

       2.  Court (if federal court, name the district; if state, name the county):

           _____

       3.  Docket number: _____

       4.  Name of judge to whom case was assigned: _____

       5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

       6.  Approximate date of filing lawsuit: _____

       7.  Approximate date of disposition: _____

(Revised 04/2015)

-1-

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

II. Place of Present Confinement: 104 Walco Lane, Malvern Ar, 72104

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓        No ✓

    B. If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u> If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: I have filed a lot of grievance's and no one will answer them in a attempt to brush me off and ignore me They will Not give me copies.

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Timothy David Williams
       Address: 104 Walco Lane, Malvern Ar, 72104.

(In Item B below, place the <u>full</u> name of the Defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

    B. Read carefully and fill out all information sought.

        1. Defendant #1
        Full Name: ? Walter White
        Position: Warden
        Place of Employment: OMEGA 104 Walco Lane Malvern Ar 72104
        Address: 104 Walco, Lane, Malvern Ar 72104

**2. Defendant #2**

Full Name: ? Jackson

Position: LT SOD

Place of Employment: OMEGA 104 Walco Lane Malvern Ar 72104

Address: 104 Walco Lane Malvern Ar 72104

**3. Defendant #3**

Full Name: Shawn Wehunt

Position: SATP Program Leader, ADC, CS

Place of Employment: OMega 104 Walco Lane, Malvern Ar 72104

Address: 104 Walco Lane Malvern Ar 72104

**4. Defendant #4**

Full Name: IAN Thomas

Position: Sgt.

Place of Employment: Omega 104 Walco Lane Malvern Ar 72104

Address: 104 Walco Lane Malvern Ar 72104

**5. Defendant #5**

Full Name:

Position:

Place of Employment:

Address:

**6. Defendant #6**

Full Name:

Position:

Place of Employment:

Address: _____

_____

V. At the time of the alleged incident(s), were you:
(check the appropriate blank)

____ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
____ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

Explain: I am at OMEGA TVP I signed for 6yrs ADC and am waiting to be Transferd across the road.

Please provide the date of your conviction or probation or parole revocation:

5-7-2024

VI. Statement of Claim

State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.

With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

Claim Number # 1:

Type of Claim (for example: excessive force, denial of medical care, etc.):
Abuse of Authority.

Date of the Occurrence: 4-26-2024 And 5-29-2024
Name of each Defendant involved: Warden, Walter

(A) With respect to Defendant (Name) Sgt. Ian. Thomas , describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

Lied on me to make Look worse than I am. Sgt. I Thomas said I ask him "you wanna Fight about it" wich is a Fals statement. I filed a complaint

-4-

and a witness statement on it only for Sgt. I. Thomas to intercept them to block me from having my witness at my hearing.

Are you suing this Defendant in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

**X** both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

I have proof I did Not do what Sgt. I. Thomas said I did and was Not allowed to have my "witness" questioned.

(B) With respect to Defendant (Name) **LT. Jackson**, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

Found me Guilty of somthy I did Not do with out talking to my witness first And took all my privlegs for 60 days with out even investigating the write up.

Are you suing this Defendant in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

**X** both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

I was Found Guilty of somthing I did Not do And striped of my privliges even with a officer as a witness. In the False write up who they did not ask about my innocents.

(C) With respect to Defendant (Name) **Shawn Wehunt**, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

He sat on the Bord that charged me with a write up and Also voted on me being Guilty with out first asking my witness

Are you suing this Defendant in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

**X** both official and personal capacity

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

Also Found me Guilty and striped me of All my privliges with out asking my witness first.

-6-

(D) With respect to Defendant (Name) __Walter White__, describe the acts or omissions of this Defendant that form the basis for claim #1 and any harm caused by it.

Allowes The Officers To write up any one for anything and automatckley find people guilty of what ever Bogus accusations are writen on the write up even with Proof of innocents. Finds every one guilty no matter what.

Are you suing this Defendant in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation.)

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties.)

__X__ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

I filed a appeal on 4-26-24 and it sais it has a 10 day responce time. I did not get it back untill 5-29-24. The Answer does not match the write up. The write up sais I head butted the winde. The warden White Sais I am on camera head butt the wall wich is not true warden. Walter White Refuses to overturn my write up even with 1 Officer and camera wittness That I did not do what he said ➡

Claim Number # 2:

Type of Claim (for example: excessive force, denial of medical care, etc.):

_____

_____

Date of the Occurrence: _____

Name of each Defendant involved: _____

_____

_____

Denying me my legal rights as a resident. By Automatickley Finding me guilty Because of my Past. That is denying me the right to have a wittness that can Prove im not guilty. They Refuse to speak to my wittness wich means they Dont care im not guilty.

**If you are asserting an official capacity claim,** please describe the custom or policy that you believe caused the violation of your constitutional rights.

~~[crossed out handwritten text]~~

**VII.   Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

☒ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

☒ Punitive damages (designed to punish a Defendant for engaging in misconduct and deter a Defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

$500,000.00 And said write up Removed from my jacket and my privleges Returned so I can Call my Family. I have suffered so much mental Distress and stress and worry from not being able to contact my Family.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 28th day of June, 2024.

Timothy David Williams
Printed Name of Plaintiff

Timothy Williams
Signature of Plaintiff

-17-

OK here is what happen on 4-19-24 I was wrote up for somthin I did Not do. I have a officer wittness on this I went to the hearing on 4-26-24 and was Fond guilty without any one calling my wittness or reviwing canara I was guilty as soon as I was wrote up. I appealed it with a "10" dy responce time did not get a sepance untill 33 days later then opened that I have wrote Givence and complaint and Request to try to resolve this and no one will respond they wont even fill out a IFP or give me copies That I Request So I can file a 1983 form. I have Filed "Multapule" Grievances And still Nothing I need Help The answer to the appeal from the Warden Here Dont even match the orignal write up. Proof of vindictive and Maliciousness.

**PLEASE COMPLETE THE FOLLOWING INFORMATION AND RETURN IT TO THE UNITED STATES DISTRICT CLERK'S OFFICE.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

The Clerks's Office has provided me with a copy of the **Notice of Electronic Availability of Case Information**. (See Federal Rules of Civil Procedure § 5.2.)

*Timothy Williams*
Printed Name

*Timothy Williams*
Signed Name

6-28-2024
Date

_____
Case Number (If Known)

Timothy Williams #656895
104 Walco Lane 7BK
Malvern Ar 72104

Legal
Mail

United States District Court
Clerks office
600 West Capitol Avenue
Suite A-149
Little Rock Ar 72201