IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TIMOTHY DAVID WILLIAMS,                                                    PLAINTIFF
ADC # 656895

v.                                          4:24CV00573-LPR-JTK

WALTER WHITE, et al.                                                       DEFENDANT

## ORDER

Timothy David Williams ("Plaintiff") filed a pro se Amended Complaint pursuant to 42 U.S.C. § 1983 against multiple officials at the Omega Center of the Arkansas Division of Correction ("ADC"). (Doc. No. 2). The Omega Unit of the ADC is located in Malvern, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendants named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 9th day of July, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.